IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Paul L. Freeman_____, Plaintiff

v.

__Officer Horst_____,

__Officer Shultz_____,

__ __ __   __ __ __

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Paul L. Freeman; #135440
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
✓ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

Paul L. Freeman #135440
BVCF East Unit
P.O. Box 2017
Buena Vista, Colorado 81211

### B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Officer Horst; Correctional Officer; 1250 Academy Park Loop;
(Name, job title, and complete mailing address)

Colorado Springs, Colorado 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

At all times mentioned herein, acted as a correctional officer for the Colorado Department of Colorado.

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

2

Defendant 2: <u>Officer Shultz, Correctional Officer, 1250 Academy Park</u>
(Name, job title, and complete mailing address)
<u>Loop, Colorado Springs, Colorado 80910</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

<u>At all times mentioned herein, acted as a correctional</u>
<u>officer for the Colorado Department of Corrections</u>

Defendant 2 is being sued in his/her ✓ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Eighth Amendment — Failure to Protect__

Supporting facts:

1. On 09/21/2020, Defendants Horst and Shultz, severally:
   i. are fully trained transportation specialists for the Colorado Department of Corrections (CDOC);
   ii. were aware of the high risk of injury to anyone involved in an automobile accident who are not properly restrained to their seat;
   iii. did not restrain Plaintiff to his seat in the transport van;
   iv. are correctional officers with full authority to give Plaintiff "direct orders" that Plaintiff must obey;
   v. did not give Plaintiff a "direct order" to submit to being physically restrained to Plaintiff's seat in the transport van; and
   vi. did not give Plaintiff the option of being transported without handcuffs or shackles.

4

2. On 09/21/2020, at approximately 8:00am, Plaintiff was loaded into a wheelchair accessible transport van by Defendant Horst.

3. Plaintiff was handcuffed, belly-chained, and shackled.

4. Plaintiff was seated in the forwardmost rear seat, that had a 3 to 4 foot open space in front of the seat.

5. Neither Defendant Horst nor Defendant Shultz restrained Plaintiff to his seat.

6. Approximately 15 minutes into the transport to Denver General Hospital, Defendant Horst suddenly swerved and slammed on the breaks.

7. Causing Plaintiff to be ejected from his seat, and fly 3 to 4 feet, head/face first, into the steel cage at the front of the handicap transport van.

8. Defendant Horst pulled over and Defendant Shultz went to the back of the van where Plaintiff was crumpled on the floor

9. Defendant Shultz put Plaintiff back in his seat.

4.1

10. While Defendant Shultz was putting Plaintiff back into his seat, Plaintiff informed Defendant Shultz that his head was throbbing, and that his neck and left knee were hurting.

11. Defendant Shultz told Plaintiff there was nothing that could be done until they returned to the prison.

12. Upon arrival at Denver General Hospital, Plaintiff asked Defendant Shultz if he could have one of the hospital medical personnel attend to his injuries.

13. Defendant Shultz told Plaintiff they were only at the hospital for his previously scheduled eye issue, and that his injuries would not be addressed until they returned to the prison.

14. Defendant Horst stood silently by and took no action to help Plaintiff receive medical attention for his injuries.

15. Upon arrival back at the prison, Defendants Horst and Shultz would not allow Plaintiff to see the prison medical personnel for his injuries, instead Plaintiff was ordered to return to his living unit.

16. The next morning, 09/22/2020, Plaintiff awoke with a new symptom: tingling numbness from his neck to his left hand.

17. At approximately 7:00am, Plaintiff was finally allowed to go to the medical facilities at the prison.

18. Prior to 09/21/2020, Plaintiff did not have any injuries to his spine.

19. On date discoverable, and after 09/22/2020, Plaintiff received a MRI showing Plaintiff's C5 and C6 vertibrae were damaged.

20. Plaintiff still experiences head pain, neck/back pain, and tingling numbness from his neck to his left hand to this day.

21. The head, neck/back, spine, and knee injuries, as well as the tingling numbness down Plaintiff's left arm, are the direct result of Defendants Horst and Shultz, severally, willfully, wantonly, and with callous indifference to the health and safety of Plaintiff, failing to take reasonable measures to protect Plaintiff from the unreasonable risk of injury from being unrestrained in his seat, and reckless driving, during Plaintiff's transport to Denver General Hospital on 09/21/2020.

22. Defendants' Horst and Shultz actions and inactions constituted a failure to protect violation of the Eighth Amendment to the United States Constitution, causing Plaintiff pain, suffering, physical injury, emotional distress, and impairment to Plaintiff's quality of life.

4.4

### E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)     C-DU20/21-00179042-1,2,3

Did you exhaust administrative remedies?     R-DU20/21-00179405-1,2,3

✓ Yes ___ No (*check one*)     C-DU20/21-00179605-1,2,3

5

G.    **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

WHEREFORE, Plaintiff, requests the Court grant the following relief:

1. Compensatory damages in the amount of $75,000.00 against Defendants Horst and Shultz, severally;

2. Punitive damages in the amount of $225,000.00 against Defendants Horst and Shultz, severally;

3. Recovery of Plaintiff's costs in this suit; and

4. Any other relief the Court deems just, proper, and equitable.

H.    **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Paul A. Freeman_
(Plaintiff's signature)

_8-30-2022_
(Date)

(Revised February 2022)